# In The United States Court of Federal Claims
## Form 2
## Cover Sheet

**23-623 C**

Plaintiff(s) or Petitioner(s)

Names: _____

Location of Plaintiff(s)/Petitioner(s) (city/state): _____
_____
(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): _____
     Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____
Street Address: _____
City-State-ZIP: _____
Telephone Number: _____
E-mail Address: _____

Is the attorney of record admitted to the Court of Federal Claims Bar?      Yes      No

---

Nature of Suit Code: _____      Agency Identification Code: _____
Select only one (three digit) nature-of-suit code from the attached sheet.      Number of Claims Involved: _____

Amount Claimed: $_____
    Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $_____
    Is plaintiff a small business?      Yes      No
    Was this action proceeded by the filing of a      Yes      No      Solicitation No. _____
    protest before the GAO?
    If yes, was a decision on the merits rendered?      Yes      No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related case:
Is this case directly related to any pending or previously filed      Yes      No
case(s) in the United States Court of Federal Claims? If yes, you
are required to file a separate notice of directly related case(s). See RCRC 40.2.

## Nature-of-Suit Codes for General Jurisdiction Cases

| | | |
|---|---|---|
| 100  Contract – Construction – (CDA) | 210  Tax – Income, Corporate | 354  Military Pay – SBP |
| 102  Contract – Fail to Award – (CDA) | 212  Tax – Income, Individual | 356  Military Pay – Other |
| 104  Contract – Lease – (CDA) | 213  Tax – Income, Individual (Partnership) | 500  Carrier – transportation |
| 106  Contract – Maintenance – (CDA) | 214  Tax – Informer's Fees | 502  Copyright |
| 108  Contract – Renovation – (CDA) | 216  Tax – Preparer's Penalty | 504  Native American |
| 110  Contract – Repair – (CDA) | 218  Tax – Railroad Retirement/Unemployment Tax Act | 506  Oil Spill Clean Up |
| 112  Contract – Sale – (CDA) | 220  Tax – TEFRA Partnership – 28:1508 | 507  Taking – Town Bluff Dam |
| 114  Contract – Service – (CDA) | 222  Tax – Windfall Profit Overpayment – Interest | 508  Patent |
| 116  Contract – Supply – (CDA) | 224  Tax – 100% Penalty – 26:6672 – Withholding | 509  Taking – Addicks & Barker Reservoirs |
| 118  Contract – Other – (CDA) | 226  Tax – Other | 510  Taking – Personalty |
| 120  Contract – Bailment | | 512  Taking – Realty |
| 122  Contract – Bid Preparation Costs | 300  Civilian Pay – Back Pay | 513  Taking – Rails to Trails |
| 124  Contract – Medicare Act | 302  Civilian Pay – COLA | 514  Taking – Other |
| 126  Contract – Realty Sale | 303  Civilian Pay – Disability Annuity | 515  Unjust Conviction and Imprisonment |
| 128  Contract – Subsidy | 304  Civilian Pay – FLSA | 516  Miscellaneous – Damages |
| 130  Contract – Surety | 306  Civilian Pay – Overtime Compensation | 517  Miscellaneous – Affordable Care Act |
| 132  Contract – Timber Sale | 308  Civilian pay – Relocation Expenses | 518  Miscellaneous – Lease |
| 134  Contract – Other | 310  Civilian Pay – Suggestion Award | 520  Miscellaneous – Mineral Leasing Act |
| 136  Contract – Other – Wunderlich | 312  Civilian Pay – Other | 522  Miscellaneous – Oyster Growers Damages |
| 138  Contract – Protest (Pre Award) | | 524  Miscellaneous – Safety Off. Ben. Act |
| 140  Contract – Protest (Post Award) | 340  Military Pay – Back Pay | 526  Miscellaneous – Royalty/Penalty Gas Production |
| | 342  Military Pay – CHAMPUS | 528  Miscellaneous – Other |
| 200  Tax – Allowance of Interest | 344  Military Pay – Correct records | 535  Informer's Reward |
| 202  Tax – Declaratory Judgment – 28:1507 | 346  Military Pay – Correct/Reinstate | 536  Spent Nuclear Fuel |
| 204  Tax – Estate | 348  Military Pay – Reinstatement | |
| 206  Tax – Excise | 350  Military Pay – Relocation Expenses | |
| 208  Tax – Gift | 352  Military Pay – Retirement | |

## Nature-of-Suit Codes for Vaccine Cases

| | | |
|---|---|---|
| 449  Injury – Hepatitis A | 485  Injury – Hemophilus Influenzae | 477  Death – Pertussis |
| 453  Injury – Pneumococcal Conjugate | 486  Injury – Varicella | 478  Death – Polio – inactive |
| 456  Injury – DPT& Polio | 490  Injury – Rotavirus | 479  Death – Polio – other |
| 457  Injury – D/T | 492  Injury – Thimerosal | 480  Death – Rubella |
| 458  Injury – DTP/DPT | 494  Injury – Influenza (Flu) | 481  Death – Tetanus & Diphtheria |
| 459  Injury - Measles | 496  Injury – Meningococcal | 482  Death – Tetanus & Tox. |
| 460  Injury – M/M/R | 498  Injury – Human Papillomavirus | 483  Death – Other |
| 461  Injury – Measles/Rubella | | 487  Death – Hepatitis B |
| 462  Injury – Mumps | 452  Death – Hepatitis A | 488  Death – Hemophilus Influenaze |
| 463  Injury – Pertussis | 454  Death – Pneumococcal Conjugate | 489  Death – Varicella |
| 464  Injury – Polio – inactive | 470  Death – DPT & Polio | 491  Death – Rotavirus |
| 465  Injury – Polio – other | 471  Death – D/T | 493  Death – Thimerosal |
| 466  Injury – Rubella | 472  Death – DTP/DPT | 495  Death – Influenza (Flu) |
| 467  Injury – Tetanus & Diphtheria | 473  Death – Measles | 497  Death – Meningococcal |
| 468  Injury – Tetanus & Tox. | 474  Death – M/M/R | 499  Death – Human Papillomavirus |
| 469  Injury – Other | 475  Death – Measles/Rubella | |
| 484  Injury – Hepatitis B | 476  Death – Mumps | |

## AGENCY CODES

| | | | |
|---|---|---|---|
| **AGR** | Agriculture | **SBA** | Small Business Administration |
| **AF** | Air Force | **TRN** | Department of Transportation |
| **ARM** | Army | **TRE** | Department of Treasury |
| **AEC** | Atomic Energy Commission | **VA** | Department of Veterans Affairs |
| **COM** | Department of Commerce | **VAR** | Various Agencies |
| **DOD** | Department of Defense | **O** | Other |
| **DOE** | Department of Energy | | |
| **ED** | Department of Education | | |
| **EPA** | Environmental Protection Agency | | |
| **GPO** | Government Printing Office | | |
| **GSA** | General Services Administration | | |
| **HHS** | Health and Human Services | | |
| **HLS** | Homeland Security | | |
| **HUD** | Housing and Urban Development | | |
| **DOI** | Department of the Interior | | |
| **ICC** | Interstate Commerce Commission | | |
| **DOJ** | Department of Justice | | |
| **LAB** | Department of Labor | | |
| **MC** | Marine Corps | | |
| **NAS** | National Aeronautical Space Agency | | |
| **NAV** | Navy | | |
| **NRC** | Nuclear Regulatory Commission | | |
| **PS** | Postal Service | | |
| **STA** | State Department | | |