# Exhibit 1

 Jessica Ramirez <jess8133@gmail.com>

**SBA Restaurant Revitalization Fund – Congratulations – Award Approved**

**no-reply@sba.gov** <no-reply@sba.gov>  Tue, May 18, 2021 at 12:17 PM
To: jess8133@gmail.com



## Restaurant Revitalization Platform

**Greetings from the Restaurant Revitalization Fund**

We are pleased to inform you that because of the American Rescue Plan, signed into law by President Joe Biden, your SBA Restaurant Revitalization Fund application has been approved.

The SBA will now process the funding of this award directly to your Bank account within 3-7 business days from this notification. Please utilize the platform to check your status and monitor any messages from the SBA. The SBA will send your authorized representative an email if we have any issues funding this award.

If you have any questions, please contact our call-center support at 1-844-279-8898. Our team is available to assist you Monday-Friday, from 8 am – 8 pm ET.

The SBA team

sba.gov
facebook.com/sbagov
twitter.com/sbagov
instagram.com/sbagov

Telephone Support: 844-279-8898

Privacy Policy | Terms of Use    **Copyright © Restaurant Revitalization Platform.**  All rights reserved.

# Exhibit 2



SBA U.S. Small Business Administration

Applications

Sign Out

ADIA HOLDINGS, Inc.

Messages Save Application Exit Wizard

Status | Helpful Links

Award Amount
$169,820.34

**Your SBA Number**
2726699003

Your Application Status

- Application in Progress
- E-Signature Pending
- E-Signature Processing
- Submitted
- IRS Verification
- Under Review
- Additional Info Needed
- **SBA Decision** (Approved)
- Payment Status
- Post Award Assessment

Eligibility | Business Details | Award Calculation | Deposit Account | Supporting Documents | Authorized Owner | Sur

# Eligibility

**This application is to be completed by applicants who are applying for funding under the Restaurant Revitalization Program.** SBA is collecting the requested information to determine whether applicants are eligible for funding.

*To be eligible you must be able to answer NO to the following questions.

## Section 1: The Applicant's Business

| | |
|---|---|
| Is a State or local government-operated business? | No |
| As of March 13, 2020, owns or operates (together with any affiliated business) more than 20 locations, regardless of whether those locations do business under the same or multiple names? | No |
| Has a pending application for or has received a Shuttered Venue Operators Award? | No |
| Is a publicly-traded company (defined as an entity that is majority owned or controlled by an entity that is an issuer, the securities of which are listed on a national securities exchange)? | No |
| Is the Applicant or any owner of the Applicant presently suspended, debarred, proposed for debarment, declared ineligible, voluntarily excluded from participation in this transaction by any Federal department or agency? | No |
| Has been permanently closed? | No |

Next

Privacy Policy | Terms of Service

copyright ©2021 Small Business Administration. All rights reserved.

Need Help

# Exhibit 3



Jessica Ramirez <jess8133@gmail.com>

**SBA Restaurant Revitalization Fund - Important Notice**

**no-reply@sba.gov** <no-reply@sba.gov>
To: jess8133@gmail.com

Wed, Jun 23, 2021 at 8:51 AM



## Restaurant Revitalization Award Portal

We regret to inform you that, due to recent court rulings, the SBA will not be able to disburse your Restaurant Revitalization Fund award.

The Restaurant Revitalization Fund, enacted through the American Rescue Plan Act, prioritized applications from small businesses owned and controlled by women, veterans, and socially and economically disadvantaged individuals for the first 21 days of the program. After SBA launched the Restaurant Revitalization Fund, three lawsuits were filed challenging the 21-day priority application period—one in the Eastern District of Tennessee and two in the Northern District of Texas. These lawsuits have led to three court rulings that preclude us from disbursing award funds to you. At the time SBA had to stop processing priority applicants, we were reviewing your application due to an invalid industry flag. SBA's leadership is frustrated with this outcome and remains committed to doing everything we can to support disadvantaged businesses getting the help they need to recover from this historic pandemic.

In the coming days, SBA's portal system will reflect that SBA will not be able to disburse your award. Specifically, you will see the status of your application in SBA's portal change to "fully canceled." This status change reflects only that SBA is not able to disburse your award.

SBA will continue to maintain your processed Restaurant Revitalization Fund application in its place in the application queue based on your date of application. If Congress provides SBA with additional money for the Restaurant Revitalization Fund, SBA will continue to process in the order received and fund applications as approved until the additional money is exhausted. You will not be required to submit a new Restaurant Revitalization Fund application.

Despite not being able to disburse your Restaurant Revitalization Fund award at this time, the SBA remains committed to doing everything we can to support disadvantaged small businesses in getting the help needed to recover and restore livelihoods. Please visit COVID-19 Economic Injury Disaster Loan (sba.gov) to see if you are eligible to apply for low-interest disaster loan assistance from SBA.

Thank you for your participation.

Telephone Support: 844-279-8898

Privacy Policy | Terms of Use    Copyright © Restaurant Revitalization Award Portal Platform.  All rights reserved.

# Exhibit 4

 Jessica Ramirez <jess8133@gmail.com>

---

**U.S. Small Business Administration (SBA) announces closure of the Restaurant Revitalization Fund**

**no-reply@sba.gov** <no-reply@sba.gov>  Wed, Jun 30, 2021 at 8:18 PM
To: jess8133@gmail.com



## Restaurant Revitalization Award Portal

The U.S. Small Business Administration (SBA) is announcing the closure of the Restaurant Revitalization Fund.  Through the American Rescue Plan Act, the SBA launched the Restaurant Revitalization Fund to provide funding to help restaurants and other eligible businesses keep their doors open.   SBA received over 370,000 applications from restaurant owners across the United States.

The program provided critical funding to over 105,000 restaurants representing $28.6 billion dollars.  The program supported 3,777 small restaurants with gross receipts of less than $50,000 in 2019.

Due to overwhelming demand, the SBA was unable to fund all qualified applications with the original appropriation provided in the American Rescue Plan Act.  Those applicants who have not received funding as of this email will have their applications held within the application platform to allow for processing in the order received if additional funds are provided by Congress.

The Restaurant Revitalization Fund application platform will remain open for the next two weeks to allow applicants to check their status, address payment corrections, or ask questions.  The SBA will disable access to the platform on July 14, 2021.

Telephone Support: 844-279-8898

Privacy Policy | Terms of Use       **Copyright © Restaurant Revitalization Award Portal Platform.**  All rights reserved.